IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT MOHNACKY, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:13-cv-246 |
| FTS INTERNATIONAL SERVICES, LLC, | § § § | |
| Defendant. | § § | |

### DEFENDANT'S PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Docket Control Order governing this matter, Defendant FTS International Services, LLC, serves *Defendant's Pretrial Disclosures* as follows:

**26(a)(3)(i):**   The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises:

Defendant Expects to Present:

>Danny Purvis
>Coy Randle
>Michelle Speers
>Lianne Sterkel
>Charles Veazey
>c/o Paul E. Hash
>Jackson Lewis, P.C.
>500 N. Akard, Suite 2500
>Dallas, Texas 75206
>(214) 520-2400

Defendant May Call If Need Arises:

>Brian Holland
>15122 Preston Hollow
>San Antonio, Texas 78247

>Dan Tyree
>c/o Paul E. Hash
>Jackson Lewis, P.C.
>500 N. Akard, Suite 2500
>Dallas, Texas 75206
>(214) 520-2400

>All witnesses identified by Plaintiff

Expert witnesses who may testify regarding Plaintiff's claim for attorney fees:

>Paul E. Hash
>Michael J. DePonte
>Jackson Lewis P.C.
>500 N. Akard, Suite 2500
>Dallas, Texas 75201
>(214) 520-2400

>Michael DePonte
>Jackson Lewis P.C.
>One Congress Plaza
>111 Congress Avenue
>Thirteenth Floor
>Austin, TX 78701
>(512) 362-7100

**26(a)(3)(ii):** The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:

>None at this time.

**26(a)(3)(iii):** An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items which the party expects to offer and those it may offer if the need arises.

Defendant expects to offer:

>Plaintiff's Personnel File and Employment Records
>Plaintiff's Payroll and Time Records

Defendant may offer if the need arises:

      All documents identified as exhibits by Plaintiff
      All documents produced by Plaintiff
      All documents produced by Defendant

                Respectfully submitted,

                   /s/ Paul E. Hash
                Paul E. Hash, Esq.
                State Bar No. 09198020
                hashp@jacksonlewis.com
                Anastasia Villescas, Esq.
                State Bar No. 24070803
                anastasia.villescas@jacksonlewis.com

                JACKSON LEWIS P.C.
                500 N. Akard, Suite 2500
                Dallas, Texas 75201
                PH:  (214) 520-2400
                FX:  (214) 520-2008


                ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, on February 10, 2014, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

      Josh Sanford
      Sanford Law Firm, PLLC
      One Financial Center
      650 Shackleford Road, Suite 400
      Little Rock, Arkansas  72211


                /s/ Paul E. Hash
                ONE OF COUNSEL